IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA GIBSON, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 14-CV-770-CVE-FHM |
| MABREY BANK, an Oklahoma Corporation, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW both parties in the above-styled action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice to future filing, with each party to bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Melissa East, OBA #21695 | /s/Jo Anne Deaton, OBA #5938 |
| Melissa East, OBA #21695 | Jo Anne Deaton, OBA #5938 |
| (*signed by filing attorney with permission of Plaintiff's attorney*) | Stephen L. Kirschner, OBA #32033 |
| Gary L. Richardson, OBA #7547 | RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C. |
| Raymond S. Allred, OBA #11747 | P.O. Box 21100 |
| Richardson Richardson Boudreaux | Tulsa, Oklahoma 74121-1100 |
| 7447 S. Lewis Avenue | Phone (918) 582-1173 |
| Tulsa, OK 74136 | Facsimile (918) 592-3390 |
| Phone: (918) 492-7674 | jdeaton@rhodesokla.com |
| Facsimile: (918) 493-1925 | drichardson@rhodesokla.com |
| glr@rrbok.com | ***Attorneys for Defendant, Mabrey Bank.*** |
| mae@rrbok.com | |
| ***Attorneys for Plaintiff, Amanda Gibson*** | |

1

## CERTIFICATE OF SERVICE

I certify that on September 23, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gary Richardson
Raymond Allred
Melissa East
***Attorneys for Plaintiff***

      /s/Jo Anne Deaton
      JO ANNE DEATON, OBA #5938